Sandra A. Kohn, Plaintiff-Appellant, *v.* Charles W. Kohn, Defendant-Appellee.

(No. 59301;

First District (2nd Division)—June 25, 1974.

PER CURIAM.
STAMOS, J., took no part.

Sheldon D. Engel, of Chicago, for appellant.

Philip S. Lieb, of Chicago, for appellee.